# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK DUKE,** | } |
| Petitioner, | } |
| v. | } Case No.: 2:08-CV-334-RDP-RRA |
| **COMMISSIONER RICHARD ALLEN,** | } |
| Respondent. | } |

## MEMORANDUM OPINION

Petitioner Mark Duke, now incarcerated at Holman Correctional Facility in Atmore, Alabama, has petitioned this court for relief under 28 U.S.C. § 2254. (Doc. #1). On September 23, 2009, the magistrate judge entered a Report and Recommendation. (Doc. #9). In the Report, Judge Armstrong recommended that Respondent's motion for summary judgment be granted and the petition dismissed. Petitioner filed his objections on October 5, 2009. (Doc. #10). The court has considered the entire file, including the Report and Recommendation and Petitioner's objections, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** and **ORDERED** this ___23rd___ day of October, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE